296 U.S. 615
 56 S.Ct. 135
 80 L.Ed. 436
 William L. NELLIS, petitioner,
v.
MARYLAND CASUALTY COMPANY.*
 No. 342.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. T. T. Ansberry, of Washington, D. C., for petitioner.
 
 
 1
 For opinion below, see 75 F.(2d) 23.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 168, 80 L. Ed. 472.